# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN A. CARTER, | Case No. C17-5184-JPD |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney's fees. Dkt 17, as well as the Declaration of Jeanette Laffoon, Dkt. 18. Based on the stipulation of the parties, the Court ORDERS that the stipulated motion (Dkt. 17) is GRANTED and that attorney fees in the amount of $5,271.05 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jeanette Laffoon, based upon plaintiff's assignment of these amounts to

ORDER - 1

plaintiff's attorney.  Any check for EAJA fees shall be mailed to plaintiff's counsel, JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA 98501.

DATED this 4th day of January, 2018.

*James P. Donohue*
———————————————
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2